48 So.2d 894

### Marvin TERRY v. STATE.
#### 8 Div. 922.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Carrying concealed pistol.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 924

### Eulas THARP v. STATE.
#### 8 Div. 877.

Court of Appeals of Alabama.
Feb. 7, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Abusive language.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

51 So.2d 919

### Charlie THOMAS v. STATE.
#### 6 Div. 42.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

46 So.2d 868

### Robert Lewis THOMAS v. STATE.
#### 6 Div. 997.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Embezzlement.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

51 So.2d 919

### Anderson, alia Buster, THOMAS v. STATE.
#### 8 Div. 894.

Court of Appeals of Alabama.
March 27, 1951.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

PER CURIAM.

Affirmed.

51 So.2d 919

### Burns THOMPSON v. STATE.
#### 8 Div. 976.

Court of Appeals of Alabama.

Jan. 30, 1951.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

PER CURIAM.

Affirmed.